# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Amir M. Hamza**
       Plaintiff(s)

vs.                              CASE NUMBER: 1:19-cv-447 (LEK/DJS)

**Eileen Yandik, Stephen Yandik,
Green Acres Farm, William Yandik**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that Defendants Cross-Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 4(m) (Dkt. No. 64) is GRANTED; and it is further ORDERED, that this action is DISMISSED without prejudice; and it is further ORDERED, that the remaining motions (Dkt. Nos. 57, 68, 75, and 76) are DENIED as moot; and it is further ORDERED, that the Clerk of the Court shall enter a judgment of dismissal without prejudice and close this case. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **Lawrence E. Kahn**, dated August 18, 2023.

DATED: August 18, 2023

*[signature]*
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk